UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60755-CIV-SINGHAL/STRAUSS

JUAN MARIN ,

Plaintiff,

v.

TUFF SHED, INC.,

Defendant.
_____________________________________________/

**ORDER**

**THIS CAUSE** came before the Court on the Amended Motion to Withdraw as Plaintiff Juan Marin's Counsel (the "Amended Motion") (DE [36]) filed by attorneys Jonathan E. Pollard, Esq., Christopher S. Prater, Esq., Michael G. Green, II, Esq., and their law firm, Pollard PLLC (collectively "Counsel"). Plaintiff opposes the withdrawal. Counsel states that irreconcilable differences have arisen between Counsel and Plaintiff, causing a breakdown in trust and communication. Counsel also explains that continued representation would become an unreasonable financial burden, and that the breakdown in communication makes representation on a contingency-fee basis untenable. Communication and trust are necessities in any attorney-client representation. They are even more necessary when representation proceeds on a contingency-fee basis. The Court finds good cause for Counsel to withdraw. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Amended Motion (DE [36]) is **GRANTED**. The initial Motion to Withdraw (DE [35]) is **DENIED AS MOOT**.
2. Jonathan E. Pollard, Esq., Christopher S. Prater, Esq., Michael G. Green, II,

Esq., and their law firm, Pollard PLLC, shall be relieved of all further responsibilities related to this matter and shall be removed from the service list upon serving Plaintiff with a copy of this Order and filing a Notice of Compliance with this Court within three days.

3. By **October 16, 2026**, Plaintiff shall retain new counsel and have new counsel file a written appearance or Plaintiff shall file a notice that Plaintiff intends to represent himself. Failure to comply with this deadline may result in sanctions to include dismissal without prejudice without further notice.
4. Until Plaintiff retains new counsel, all communications, pleadings, and filings shall be sent to Plaintiff at:

Juan Marin
7291 Dove Meadow Trail
Lakeland, FL 33810

Email: juanalfonzoml@hotmail.com

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 17th day of September 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF